UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                           Case No. 12-20668

v.

                                           Hon. John Corbett O'Meara

D-1 KENNETH DIXON,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION
TO PRODUCE WITNESS LIST AND INTERVIEW REPORTS**

    Before the court is Defendant's motion for discovery. Defendant seeks the government's witness list and unredacted reports of witness interviews prior to the commencement of trial, which is currently scheduled for April 10, 2017. The government opposes Defendant's motion, but represents that it intends to provide unredacted witness statements to Defendant prior to the commencement of trial.

    Defendant has not demonstrated that the government is withholding materials to which he is entitled. See Fed. R. Crim. P. 16. The government represents that it will provide witness statements to Defendant prior to trial, which is more than the Jencks Act requires. See 18 U.S.C.A. § 3500 (witness statement not subject to discovery "until said witness has testified on direct examination in

the trial of the case"); United States v. Perkins, 994 F.2d 1184, 1190 (6th Cir. 1993) ("Ordinarily, a defendant is not entitled to a list of the names and addresses of the government's witnesses.").

Accordingly, IT IS HEREBY ORDERED that Defendant's motion is DENIED.

                                               s/John Corbett O'Meara
                                               United States District Judge

Date:  March 8, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 8, 2017, using the ECF system.

                                               s/William Barkholz
                                               Case Manager